**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 08-12-DLB**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**vs.**                                            **<u>ORDER</u>**

**MARVIN SEAN HOGSTEN**                                                      **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of 18 months of imprisonment, with no supervised release to follow. (Doc. #19). During the final revocation hearing conducted by Magistrate Judge Atkins on May 20, 2010, Defendant orally stipulated to violating Standard Condition No. 2 described in the Supervised Release Violation Report of his supervised release. (Doc. #18). At the hearing, the United States orally moved to dismiss the alleged violation of Standard Condition No. 11.

Defendant having executed a waiver of his right to allocution (Doc. #17), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. #19) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eighteen (18) months**, with no additional supervised release to follow;

(5) That the Motion of the United States to dismiss the alleged violation of Standard Condition No. 11 is hereby **GRANTED**;

(6) A Judgment shall be entered contemporaneously herewith.

This 21st day of June, 2010.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\AshCrim\2008\08-12 Order adopting R&R.wpd